## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jiavidae Dequarie Watson, | ) | Case No. 1:21-cr-070 |
| | ) | |
| Defendant. | ) | |

Before the court is a Motion to Withdraw and Reassign Court Appointed Counsel filed by Defendant on March 28, 2023.  (Doc. No. 335).  For good cause shown, the motion (Doc. No. 335) is **GRANTED**.  Defendant's court-appointed counsel, Matt Dearth, is authorized to withdraw. Attorney Jesse Walstad is appointed to represent Defendant in this matter.

**IT IS SO ORDERED**.

Dated this 29th day of March, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court